UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-07191-ODW (JPRx) | Date | May 4, 2021 |
|---|---|---|---|
| Title | *Shamar Jackson v. Golden State Enterprises LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On December 18, 2020, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 20.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*)

Pursuant to the stipulation of the parties, on March 24, 2021, Plaintiff filed the First Amended Complaint ("FAC"). (FAC, ECF No. 29.) In stipulating to allow the FAC, Plaintiff agreed Defendant Golden State Enterprises, LLC would be permitted twenty-eight days to file a responsive pleading to the FAC. (Stip., ECF No. 28.) Thus, Golden State's response was due by April 21, 2021. *See* Fed. R. Civ. P. 6. More than five court days have passed and Plaintiff has not requested entry of default as to Golden State as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** Defendant Golden State without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court within two weeks of the date of this order.

Additionally, Plaintiff is **ORDERED** to effect service on remaining Defendant Apro, LLC no later than **May 24, 2021** and file proofs of such service by **May 28, 2021**, or show cause why service on Apro has not been completed. Failure to comply with this Order will result in dismissal of Apro for lack of prosecution without prejudice.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |