Tina I. Mangarpan, Esq., Bar No. 117898
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 983-2555 Fax
Email: tmangarpan@fwhb.com

Attorneys for Defendant, **APRO, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN STATE ENTERPRISE LLC, a California Limited Liability Company; APRO, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:20-cv-07191-ODW-JPR<br><br>**DEMAND FOR JURY TRIAL**<br><br>**(ANSWER TO FIRST AMENDED COMPLAINT AND NOTICE OF INTERESTED PARTIES FILED CONCURRENTLY HEREWITH)**<br><br>Action Filed: 03/24/21 |

　　　COME NOW, defendant APRO, LLC, and pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby requests a jury trial in this matter.

Dated: May 20, 2021

　　　　　　　　　　　　　　　　　FORD, WALKER, HAGGERTY & BEHAR

　　　　　　　　　　　BY:　　_/s/ Tina I. Mangarpan_
　　　　　　　　　　　　　　TINA I. MANGARPAN, ESQ.
　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　**APRO, LLC**

167\21\005\Pleadings\Demand for Jury Trial.docx

PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5)

UNITED STATES DISTRICT COURT           )
                                       )
CENTRAL DISTRICT OF CALIFORNIA         )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On May 20, 2021, I served the within: **DEMAND FOR JURY TRIAL**

on the interested parties in said action,

____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

__X__ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the **United States District Court – Central District** for the above-entitled case. This service complies with CCP §1010.6. The file transmission was reported as complete and a copy of the "Filing Receipt" page will maintained with the original document in our office.

| Anoush Hakimi, Esq.<br>Peter Shahriari, Esq.<br>Ani Avetisyan, Esq.<br>Laura Steven, Esq.<br>**The Law Office of Hakimi & Shahriari**<br>18000 Vine Street<br>Los Angeles, CA 90028<br>Email: anoush@handslawgroup.com<br>Email: peter@handslawgroup.com<br>Email: ani@handslawgroup.com<br>Email: laura@handslawgroup.com | (888) 635-2250<br>(213) 402-2170 Fax | Attorneys for Plaintiff,<br>**SHAMAR JACKSON** |

____ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

__X__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

__X__ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2021, at Long Beach, California.

_Barbara A. Ezra_ (signature)
Barbara A. Ezra