Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**SHAMAR JACKSON**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE ENTERPRISES LLC, a California Limited Liability Company; APRO, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:20-cv-07191-ODW-JPR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Otis D. Wright, II<br>Trial Date:  January 14, 2021 |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

1
JOINT NOTICE OF SETTLEMENT

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: July 16, 2021         THE LAW OFFICE OF HAKIMI & SHAHRIARI

By:   */s/Anoush Hakimi*
      Anoush Hakimi, Esq.
      Attorneys for Plaintiff, Shamar Jackson

DATED:  July 16, 2021        FORD, WALKER, HAGGERTY & BEHAR

By:   */s/ Tina I. Mangarpan*
      Tina I. Mangarpan, Esq.
      Attorney for Defendant, Apro LLC

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Shamar Jackson